JON M. SANDS
Federal Public Defender
**JAMES D. SMITH**
Assistant Federal Public Defender
State Bar No. 024194
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
*james_d_smith@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SONIA QUINTERO,<br><br>Defendant. | No. CR 17-1895-TUC-JAS (BPV)<br><br>**ADDENDUM TO DEFENDANT'S OBJECTION FILED ON FEBRUARY 21, 2019** |

On February 28, 2019 the Court order that Ms. Quintero provide information regarding an out-of-custody restoration program, and address self-surrender.

**Out-of-Custody Restoration**

Ms. Quintero talked with Dr. Leslie Kirby at Kirby Psychological Services located in the Phoenix area, and talked with Dr. Katrina Buwalda at Buwalda Psychological Services who is also in Phoenix. Both doctors have a contract with the Maricopa County Superior Court to provide out-of-custody restoration counseling through a superior court approved program. Both doctors are able to accept Ms. Quintero into their out-of-custody restoration programs. Due to geographic location, Ms. Quintero asks that the Court order

1

that she be treated by Dr. Kirby. The Federal Public Defender will arrange and pay for Ms. Quintero to be treated.

**Self-Surrender**

Ms. Quintero has no means to transport herself to a mental health facility should the Court order that she be detained in a federal mental health institution. As such, she does not ask that she be allowed to report directly to a facility; however, she asks that she be allowed to surrender herself a day before she would be scheduled to be transported to the federal facility.

RESPECTFULLY SUBMITTED:        March 5, 2019

**JON M. SANDS**
Federal Public Defender

*s/ James D. Smith*
**JAMES D. SMITH**
Assistant Federal Public Defender

*The above signed does hereby certify that on the above date he electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Sarah Houston
Assistant United States Attorney